# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF PUTNAM
-------------------------------------------------------------------X
JULIE BRUNO-SULLIVAN,
a/k/a JULIE SULLIVAN,                                    Index No. 501330/2023

     *Plaintiff,*

   -against-

NATIONWIDE MUTUAL INSURANCE COMPANY,
NATIONWIDE INSURANCE COMPANY,
NATIONWIDE GENERAL INSURANCE COMPANY,

     *Defendant.*

-------------------------------------------------------------------X

## NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
### (Uniform Rule §202.5-bb)

**You have received this Notice because:**

 1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF").

 2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

**If you choose to participate in e-filing, you must have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

The benefits of participating in e-filing include:

   • serving and filing your documents electronically
   • free access to view and print your e-filed documents
   • limiting your number of trips to the courthouse
   • paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

 • visit: www.nycourts.gov/efile-unrepresented or

- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1.   immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2.   file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: White Plains, New York.
        December 1, 2023

JASNE & FLORIO, L.L.P.
*Attorneys for Plaintiff*

__/s/ Hugh G. Jasne, Esq. __
Hugh G. Jasne, Esq.
30 Glenn St - Suite 103
White Plains, New York 10603
(914) 997-1212
hgj@jasneflorio.com

TO:

Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus Ohio 43215-2220

Nationwide Insurance Company
One Nationwide Plaza
Columbus Ohio 43215-2220

Nationwide General Insurance Company
P.O. Box 182068
Columbus, OH 43218-2068

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF PUTNAM

-------------------------------------------------------------X

JULIE BRUNO-SULLIVAN,
a/k/a JULIE SULLIVAN,

                                        Plaintiff,

        -against-

NATIONWIDE MUTUAL INSURANCE COMPANY,
NATIONWIDE INSURANCE COMPANY,
NATIONWIDE GENERAL INSURANCE COMPANY,

                                        Defendants.

-------------------------------------------------------------X

Date Purchased: Aug 30, 2023

Index No.: 501330/2023

**SUMMONS**

Plaintiff designates PUTNAM
County as the place of trial.
The basis of the venue is:
Plaintiff's residence located at
601 Horsepound Road
Carmel, New York 10512
Putnam County NY

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a

copy of your answer, or, if the complaint is not served with this summons, to serve a notice of

appearance, on the Plaintiff's Attorneys within 20 days after the service of this summons, exclusive

of the day of service (or within 30 days after the service is complete if this summons is not

personally delivered to you within the State of New York); and in case of your failure to appear or

answer, judgment will be taken against you by default for the relief demanded by Plaintiff.

**NOTICE PURSUANT TO CPLR 305-b & NATURE OF RELIEF SOUGHT**

**PLEASE TAKE NOTICE:** The relief as requested is for damages and injuries sustained

as well as punitive damages when Plaintiff's insurer improperly and in bad faith denied coverage

for a flood and resultant damage to her basement at the premises located at 601 Horsepound Road

Carmel, New York 10512 within Putnam County New York.

Defendant insurer is a national company in the business of underwriting various forms of

insurance including a homeowners policy for the Plaintiff herein.

FILED: PUTNAM COUNTY CLERK 08/30/2023 03:35 PM
NYSCEF DOC. NO. 1

INDEX NO. 501330/2023
RECEIVED NYSCEF: 08/30/2023

Defendant insurer by their agents and servants having accepted a policy with a specific rider knowingly and intentionally failed to meet the obligations thereof or alternatively conducted an improper and insufficient investigation into the cause of the flooding and damage and are therefore liable to Plaintiff.

The claims herein include *inter alia*: negligence, gross negligence, breach of contract, violation of New York Insurance Law Article 26 *et. seq.* all of which constitute bad faith and negligent and/or intentional infliction of emotional distress under the case of *Ural v. Encompass Ins. Co. of America*, 97 A.D.3d 562 (2d Dep't 2012), in that the insurer acted with reckless and callous disregard constituting "atrocious" and "intolerable" conduct.

Upon a severe rain occurring on or about September 1, 2021, which was the remnants of Hurricane Ida, which then on or about September 1, 2021 caused water to infiltrate Plaintiff's basement and caused severe damage.

Plaintiff reported same to Defendant (Nationwide).

Defendant inaccurately and improperly determined the cause of the water damage was not covered, notwithstanding the fact Plaintiff Homeowner had a policy rider for water backup and sump discharge overflow coverage.

Notably, Defendant by their agents and servants reviewed the subject home before extending the aforesaid policy and rider, and having extended the policy and rider Plaintiff dutifully paid her premiums over 20 years. Notwithstading these actions, upon the aforesaid rain event occurring Defendant improperly, baselessly and unlawfully refused to pay the claim for the complained of damages.

Page -2-

FILED: PUTNAM COUNTY CLERK 08/30/2023 03:35 PM

NYSCEF DOC. NO. 1

INDEX NO. 501330/2023

RECEIVED NYSCEF: 08/30/2023

RELIEF SOUGHT:

The damages sought are both compensatory and punitive and in excess of all lower court jurisdictions including specifically over $50,000 expended to correct the damages and repairs.

Plaintiff has suffered damages in excess of all lower court jurisdiction in and amount of no less than the sum of FIVE MILLION DOLLARS ($5,000,000.00) as well as costs, fees, disbursements, punitive damages and any other just and further relief as the Court may so determine.

Dated: White Plains, New York
August 27, 2023

         JASNE & FLORIO, L.L.P.
         *Attorneys for Plaintiff*

         _/s/ Hugh G. Jasne___
         By: Hugh G. Jasne, Esq.
         30 Glenn Street, Suite 103
         White Plains, New York 10603
         (914) 997-1212

TO:

Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus Ohio 43215-2220

Nationwide Insurance Company
One Nationwide Plaza
Columbus Ohio 43215-2220

Nationwide General Insurance Company
P.O. Box 182068
Columbus, OH 43218-2068