UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIE BRUNO-SULLIVAN,

               Plaintiff,

-against-

NATIONWIDE MUTUAL INSURANCE COMPANY, et al,

               Defendants.

**ORDER**

24-CV-00277 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
         June 10, 2024

                                                          _____
                                                          Philip M. Halpern
                                                          United States District Judge